UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MOSZ,<br>    Plaintiff,<br>    v.<br>DR. ALLRED,<br>    Defendant. | Case No. 19-00846 EJD (PR)<br>**ORDER OF TRANSER** |

Plaintiff, a federal prisoner, filed a pro se civil rights action under 42 U.S.C. § 1983 against a doctor at the Federal Correctional Institute in Herlong, California, where he is currently incarcerated. Because defendant resides in and the acts complained of occurred in Lassen County, which lies within the venue of the Eastern District of California, see 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

**Dated:** 6/26/2019

EDWARD J. DAVILA
United States District Judge

Order of Transfer
PRO-SE\EJD\CR.19\00846Mosz_transfer (ED)